IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-102-CV





CECILIA BICKHAM, INDIVIDUALLY AND AS NEXT FRIEND OF


AUBREY CHARLES BICKHAM, A MINOR, TEXAS WORKERS'


COMPENSATION COMMISSION, TODD BROWN AND 


THE SUBSEQUENT INJURY FUND,



 APPELLANTS


vs.





CITY OF BRIDGE CITY, TEXAS AND TEXAS MUNICIPAL 


INTERGOVERNMENTAL RISK POOL,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT



NO. 92-14599, HONORABLE JOSEPH H. HART, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: December 15, 1993

Do Not Publish